# UNITED STATES DISTRICT COURT

for

Eastern District of Washington

| | | | |
|---|---|---|---|
| U.S.A. vs. | Jessica Crabtree | Docket No. | 2:11CR00100-006 |
| | | | 2:11CR00101-003 |

### Petition for Action on Conditions of Pretrial Release

COMES NOW Erik Carlson, pretrial services officer, presenting an official report upon the conduct of defendant, Jessica Crabtree, who was placed under pretrial release supervision by the Honorable Cynthia Imbrogno, U.S. Magistrate Judge, sitting in the court at Spokane, Washington, on the 29th day of August 2011, under the following conditions:

**Condition #2:** Defendant shall immediately advise the Court, defense counsel and the U.S. Attorney in writing before any change in address and telephone number.

**Condition #9:** Defendant shall refrain from the use of unlawful possession of a narcotic drug, or other controlled substances defined in 21 U.S.C. § 802, unless prescribed by a licensed medical practitioner.

**Condition #25:** Inpatient Treatment: Defendant shall participate in an intensive inpatient treatment program. Prior to release from inpatient treatment, an outpatient treatment program must be presented to the Court. If defendant does not have a structured outpatient treatment program in place prior to conclusion of inpatient treatment, defendant automatically will go back into the custody of the U.S. Marshal.

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:
(If short insert here; if lengthy write on separate sheet and attach.)

**Violation #1:** The defendant changed her address without prior notification.

**Violation #2:** The defendant provided a urine sample that detected the presence of morphine on February 8, 2012.

**Violation #3:** The defendant's substance abuse counselor advised the undersigned officer that the defendant admitted to using heroin on a daily basis.

**Violation #4:** The defendant has been noncompliant with her outpatient substance abuse treatment.

PRAYING THAT THE COURT WILL ORDER A WARRANT

---

| | | |
|---|---|---|
| | I declare under penalty of perjury that the foregoing is true and correct. | |
| | Executed on: | 03/22/2012 |
| by | s/Erik Carlson | |
| | Erik Carlson | |
| | U.S. Probation Officer | |

THE COURT ORDERS

[ ] No Action
[V] The Issuance of a Warrant
[ ] The Issuance of a Summons
[ ] Other

_____
Signature of Judicial Officer

03-23-2012
Date