UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| UNITED STATES OF AMERICA, | |
|---|---|
| Plaintiff, | No. CR-11-100-FVS-6 |
| v. | ORDER OF DISMISSAL WITH PREJUDICE |
| JESSICA CRABTREE, | |
| Defendant. | |

**IT IS HEREBY ORDERED:**

The government's oral motion to dismiss **is GRANTED**. The indictment is **dismissed** with prejudice.

**IT IS SO ORDERED.** The District Court Executive is hereby directed to enter this order, furnish copies to counsel and close this file.

**DATED** this ___6th___ day of April, 2012.

                          s/ Fred Van Sickle
                            Fred Van Sickle
               Senior United States District Judge